IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:01-CR-00071 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO RELEASE ATTACHED PFD** |
| Danielle Braniff, | ) | **FUNDS** |
| | ) | |
| Defendant. | ) | |

    Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

    The attached funds, in the amount of $1,646.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward Defendant's criminal restitution.

    IT IS SO ORDERED.

DATED: January 7, 2008        /s/ JOHN W. SEDWICK
                                        UNITED STATES DISTRICT JUDGE